IN THE MATTER OF A. LEONARD BLUESTEIN, AN ATTORNEY-AT-LAW OF THE STATE OF NEW JERSEY.

Argued March 20, 1962—Decided April 2, 1962.

*Mr. Bernard Feinberg,* for the order.

No appearance for respondent.

PER CURIAM. Respondent, a member of the bar since 1942, was convicted in the Passaic County Court of (a) Making, drawing, uttering and delivering a check knowing that there were no funds in the bank to pay the same, in violation of *N. J. S.* 2A:111-15; (b) Feloniously and falsely making, forging or counterfeiting the said check contrary to *N. J. S.* 2A:109-1; (c) Feloniously uttering and publishing as true the forged check knowing the same to be false or forged, contrary to *N. J. S.* 2A:109-1. The conviction and sentence were affirmed unanimously by the Appellate Division, and certification was denied by this court on October 10, 1961. 36 *N. J.* 137 (1961).

An order of disbarment will be entered.

*For disbarment*—Chief Justice WEINTRAUB, and Justices FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—6.

*Opposed*—None.